MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADENA, Deceased, by and through his Co-Successors in Interest, CIRCE ADENA and RICHARD ADENA; CIRCE ADENA, Individually, and RICHARD ADENA, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual capacity; CAPTAIN DAVE KENT; SHASTA COUNTY JAIL DEPUTIES KIRK SCHRITTER, DEVIN HURTE, DEPUTY DIAZ, EMMANUEL ALCAZAR, ZACHARY JURKIEWICZ, JOSEPH GRADY, NATHANIAL NEVES, HECTOR CORTEZ; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; TRACY LEWIS, L.M.F.T.; PAM JOHANSEN, L.C.S.W.; DANIEL DELLWO, P.A.; and DOES 1–20; individually, jointly and severally,<br><br>Defendants. | Case No. 2:21-cv-00770-MCE-DMC<br><br>**STIPULATION AND (PROPOSED) ORDER TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER (Doc. 6)** |

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

Pursuant to the Court's instructions on August 10, 2021, after the parties filed their Joint Discovery Plan (ECF No. 16), the parties hereby stipulate and agree to modify the Scheduling Order in this matter (ECF No. 6), as follows:

1. This is a complicated wrongful death civil rights case involving Shasta County jail personnel and Wellpath correctional health care personnel. The case involves seventeen named Defendants represented by two separate law firms. The parties are represented by experienced counsel who have worked together before, sometimes on many cases, and counsel have worked cooperatively throughout the litigation they have handled together.

2. Plaintiffs have proposed conducting focused, initial discovery and engaging in early settlement efforts before fully completing discovery, which the parties anticipate would involve exchanging voluminous written discovery before focused depositions. The proposed modifications will allow the parties to accommodate the schedules of all parties and deponents, complete focused discovery, engage in thorough settlement negotiations, and complete the remaining voluminous discovery if early settlement efforts are not successful.

3. The parties therefor stipulate to a brief extension of the dates in this matter. The modification of the briefing schedule, as requested in the parties' Joint Discovery Plan (ECF No. 16), would move dates as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Fact Discovery | July 12, 2022 | October 12, 2022 |
| Expert Disclosures due | September 10, 2022 | December 9, 2022 |
| Rebuttal Expert Disclosures | October 10, 2022 | January 6, 2023 |
| Dispositive Motion filing deadline | January 8, 2023 | February 3, 2023 |

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

| Joint Notice of Trial Readiness (if no dispositive motions filed) | November 9, 2022 | May 26, 2023 |

For the foregoing reasons, the parties respectfully request that this Court enter an order extending the briefing schedule in this case as set forth above, and pursuant to the parties' Joint Discovery Plan.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 18, 2021                HADDAD & SHERWIN LLP

/s/ *Teresa Allen*
TERESA ALLEN
Attorneys for Plaintiffs

Dated: August 18, 2021                BRICKWOOD LAW OFFICE

*/s/ Gary Brickwood*
GARY BRICKWOOD
Attorneys for Defendants
SHASTA COUNTY; SHERIFF-CORONER TOM BOSENKO; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; DEPUTIES KIRK SCHRITTER, DEVIN HURTE, OMAR DIAZ, EMMANUEL ALCAZAR, ZACHARY JURKIEWICZ, JOSEPH GRADY, NATHANIAL NEVES, and HECTOR CORTEZ

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

Dated: August 18, 2021         THE LAW OFFICES OF JEROME VARANINI

*/s/ Jerome M. Varanini*
_____
JEROME M. VARANINI
Attorneys for Defendants
WELLPATH INC.; WELLPATH MANAGEMENT, INC.; WELLPATH LLC; TRACY LEWIS, L.M.F.T.; PAM JOHANSEN, L.C.S.W.; and DANIEL DELLWO, P.A

**ORDER**

IT IS SO ORDERED.

Dated: August 27, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER