MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:    (510) 452-5500
Facsimile:     (510) 452-5510

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADENA, Deceased, by and through his Co-Successors in Interest, CIRCE ADENA and RICHARD ADENA; CIRCE ADENA, Individually, and RICHARD ADENA, Individually,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual capacity; CAPTAIN DAVE KENT; SHASTA COUNTY JAIL DEPUTIES KIRK SCHRITTER, DEVIN HURTE, DEPUTY DIAZ, EMMANUEL ALCAZAR, ZACHARY JURKIEWICZ, JOSEPH GRADY, NATHANIAL NEVES, HECTOR CORTEZ; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; TRACY LEWIS, L.M.F.T.; PAM JOHANSEN, L.C.S.W.; DANIEL DELLWO, P.A.; and DOES 1–20; individually, jointly and severally,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00770-MCE-DMC<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER (ECF Nos. 6, 21)** |

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

The parties hereby stipulate and agree to modify the Scheduling Order in this matter (ECF Nos. 6, 21), as follows:

1. This is a complicated wrongful death civil rights case involving Shasta County jail personnel and Wellpath correctional health care personnel.  The case involves seventeen named Defendants represented by two separate law firms.  The parties are represented by experienced counsel who have worked together before on several cases, and counsel have worked cooperatively throughout the litigation they have handled together.

2. Previous counsel for the County Defendants, Gary Brickwood, retired this year. Mildred K. O'Linn, Lynn L. Carpenter, and Kayleigh A. Andersen took over the defense of the County Defendants four months ago, on March 25, 2022.  (ECF Nos. 25, 26).  Mr. Brickwood had not fully responded to Plaintiffs' request for production of documents before he retired.  In addition to learning the file in this case, new counsel have had to continue with the document production.

3. Plaintiffs' counsel's law firm, Haddad & Sherwin LLP, is a small firm with four attorneys, two paralegals, and two support staff.  One of the paralegals has been on maternity leave since April 1, 2022.  Also, Plaintiff's counsel's firm has been severely impacted by Covid-19. Many of the employees at the firm have contracted Covid and required isolation and quarantine beginning last summer, and continuing with reinfections of two employees last month, despite all members of the firm being fully vaccinated and boosted against Covid.

4. Plaintiffs' counsel will be in trial in *Cuevas v. City of Tulare, et al.*, 1:19-cv-01525-JLT-SAB, a complex catastrophic injury case involving the shooting of an unarmed woman who was a passenger in a vehicle into which Tulare police officers shot multiple firearms.  The *Cuevas* case is going to trial on November 15, 2022.  Immediately after the *Cuevas* trial, Plaintiffs' counsel and the County Defendants' counsel in this matter will be in trial in *Barbosa v. Shasta County, et al.*, 2:20-cv-02298-JAM-DMC, which involves the shooting of a man by a Shasta County Sheriff's

Sergeant. The *Barbosa* case is scheduled for trial on December 5, 2022. Due to delays necessitated by Covid-19 shutdowns, Plaintiffs' counsel's trial schedule has become compressed so that they have several trials scheduled in 2023. For example, in 2023 Plaintiffs' counsel are scheduled for trial in *Garcia v. Napa County, et al.*, N.D. Cal. Case No. 3:21-cv-03519 (police shooting), April 17, 2023; *Atayde v. State of California, et al.*, 1:16-cv-00398-DAD-SAB (suicide in custody), May 23, 2023; *Ainley v. City of South Lake Tahoe, et al.*, 2:16-cv-00049-TLN-CKD (police shooting), July 17, 2023; *Smart v. CHP*, 2:17-cv-01075-TLN-JDP (police shooting), August 21, 2023; *Silva v. San Joaquin County, et al.*, 2:20-cv-01461-JAM-KJN (jail suicide), October 9, 2023; and *Gonzalez v. City of Alameda*, N.D. Cal. Case No. 4:21-cv-09733-DMR (restraint asphyxia), on November 6, 2023. Plaintiffs' counsel also have ten other wrongful death cases not already listed.

    5.    In addition to the *Barbosa* case listed in Paragraph 4, counsel for the County Defendants currently have the following trials scheduled between January and July 2023: *Robinson v. City of Santa Monica, et al.*, Los Angeles Superior Court Case No. 21STCV22392; *Moses v. City of Colton, et al.*, U.S. Dist. Court – Central District Case No. 5:21−cv−02064-JWH-KKx; *Cato v. County of San Bernardino, et al.*, U.S. Dist. Court – Central District Case No. 5:20-CV-02602-FWS SHK; *Johnson v. City of Fresno, et al.*, Fresno Superior Court Case No. 21CECG00057; *I.A. et al., v. City of Redondo Beach, et al.*, U.S. Dist. Court – Central District Case No. CV-20-6447-DDP(JPRx); *Wagner v. Shasta County*, U.S. Dist. Court – Eastern District Case No. 2:20-cv-00403-JAM-DMC; *Jones v. County of Shasta, et al.*, Shasta Superior Court Case No. 199596; *Zaragoza/Cuevas v. County of Riverside, et al.*, U.S. Dist. Court – Central District Case No. 5:20-CV-01381-JGB-SP; and *Miller v. City of Fresno, et al.*, Fresno Superior Court Case No. 21CECG01286.

    6.    The parties therefore stipulate to an extension of the dates in this matter as follows:

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

| Event | Current Date | New Date |
|---|---|---|
| Close of Fact Discovery | October 12, 2022 | July 28, 2023 |
| Expert Disclosures due | December 9, 2022 | September 22, 2023 |
| Rebuttal Expert Disclosures | January 6, 2023 | October 27, 2023 |
| Dispositive Motion filing deadline | February 3, 2023 | December 29, 2023 |
| Joint Notice of Trial Readiness (if no dispositive motions) | May 26, 2023 | December 1, 2023 |

For the foregoing reasons, the parties respectfully request that this Court enter an Order modifying the schedule in this case as set forth above.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


Dated:  August 8, 2022                        HADDAD & SHERWIN LLP

                                              /s/ *Julia Sherwin*
                                              _____
                                              JULIA SHERWIN
                                              Attorneys for Plaintiffs


Dated:  August 8, 2022                        MANNING & KASS
                                              ELLROD, RAMIREZ, TRESTER LLP


                                              /s/ *Kayleigh A. Andersen*
                                              _____

                                              MILDRED K. O'LINN
                                              KAYLEIGH A. ANDERSEN
                                              Attorneys for Defendants
                                              SHASTA COUNTY; SHERIFF-CORONER TOM BOSENKO; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; DEPUTIES KIRK SCHRITTER, DEVIN HURTE, OMAR DIAZ, EMMANUEL ALCAZAR, ZACHARY JURKIEWICZ, JOSEPH GRADY, NATHANIAL NEVES, and HECTOR CORTEZ

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

Dated: August 8, 2022

THE LAW OFFICES OF JEROME VARANINI

*/s/ Jerome M. Varanini*

JEROME M. VARANINI
Attorneys for Defendants
WELLPATH INC.; WELLPATH MANAGEMENT, INC.; WELLPATH LLC; TRACY LEWIS, L.M.F.T.; PAM JOHANSEN, L.C.S.W.; and DANIEL DELLWO, P.A

**ORDER**

IT IS SO ORDERED.

DATED: August 15, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE