# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADENA, , Deceased, by and through his Co-Successors in Interest, CIRCE ADENA and RICHARD ADENA; CIRCE ADENA, Individually, and RICHARD ADENA, Individually,,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual capacity; CAPTAIN DAVE KENT; SHASTA COUNTY JAIL DEPUTIES KIRK SCHRITTER, DEVIN HURTE, DEPUTY DIAZ, EMMANUAL ALCAZAR, ZACHARY JURKIEWICZ, JOSEPH GRADY, NATHANIAL NEVES, HECTOR CORTEZ; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; TRACY LEWIS, L.M.F.T.; PAM JOHANSEN, L.C.S.W.; DANIEL DELLWO, P.A.; and DOES 1–20; individually, jointly and severally,<br><br>Defendants. | Case No. 2:21-cv-00770-MCE-DMC<br>District Judge, Morrison C. England, Jr.<br>Magistrate Judge, Dennis M. Cota<br><br>**ORDER RE STIPULATION AND JOINT REQUEST FOR AN ORDER CONTINUING COURT'S SCHEDULING ORDER DEADLINES** |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. The Court hereby orders that the operative scheduling order deadlines [see Doc. 6, 21, 28] are continued as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| **Initial Expert Disclosures** | 09/22/23 | 01/12/24 |
| **Rebuttal Expert Disclosures** | 10/27/23 | 02/09/24 |
| **Non-Expert Discovery Cut-Off** | 07/28/23 | 11/22/23 |
| **MSJ Filing Deadline** | 12/29/23 | 04/26/24 |
| **Joint Notice of Trial Readiness (if no dispositive motions)** | 12/01/23 | 03/01/24 |

///
///
///
///
///

1     2. Except as specified herein above, all other dates and deadlines operative
2 as of the Court's prior scheduling orders [*e.g.* Doc. 6, 21, 28] shall remain unchanged
3 and unaffected by the parties' stipulation.

4     IT IS SO ORDERED.

5 Dated: April 4, 2023

                            MORRISON C. ENGLAND, JR
                            SENIOR UNITED STATES DISTRICT JUDGE