MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:     (510) 452-5500
Facsimile:      (510) 452-5510

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADENA, Deceased, by and through his Co-Successors in Interest, CIRCE ADENA and RICHARD ADENA; CIRCE ADENA, Individually, and RICHARD ADENA, Individually,<br><br>    Plaintiffs,<br>  vs.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual capacity; CAPTAIN DAVE KENT; SHASTA COUNTY JAIL DEPUTIES KIRK SCHRITTER, DEVIN HURTE, DEPUTY DIAZ, EMMANUEL ALCAZAR, ZACHARY JURKIEWICZ, JOSEPH GRADY, NATHANIAL NEVES, HECTOR CORTEZ; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; TRACY LEWIS, L.M.F.T.; PAM JOHANSEN, L.C.S.W.; DANIEL DELLWO, P.A.; and DOES 1–20; individually, jointly and severally,<br><br>    Defendants. | Case No. 2:21-cv-00770-MCE-DMC<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT AND DISMISS ALL CLAIMS AGAINST DEFENDANT WELLPATH, INC., WITHOUT PREJUDICE** |

All parties to this action, by and through their respective counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 15(a)(2), that Plaintiffs may file a First Amended Complaint, adding California Forensic Medical Group, Inc. as a Defendant. The First Amended Complaint also removes Defendant Wellpath, Inc., who the parties stipulate to dismiss without prejudice, each side to bear their own costs and fees necessitated by the claims against Wellpath, Inc.

The proposed First Amended Complaint is attached hereto as **Exhibit A**.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  August 8, 2023                                    HADDAD & SHERWIN LLP

/s/ *Teresa Allen*

TERESA ALLEN
Attorneys for Plaintiffs

Dated:  August 8, 2023                                    MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

*/s/ Lynn Carpenter*

LYNN CARPENTER
MILDRED K. O'LINN
KAYLEIGH A. ANDERSEN
Attorneys for Defendants
SHASTA COUNTY; SHERIFF-CORONER TOM BOSENKO; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; DEPUTIES KIRK SCHRITTER, DEVIN HURTE, OMAR DIAZ, EMMANUEL ALCAZAR, ZACHARY JURKIEWICZ, JOSEPH GRADY, NATHANIAL NEVES, and HECTOR CORTEZ

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO FILE FIRST AMENDED COMPLAINT
1

| | | |
|---|---|---|
| 1 | Dated: August 8, 2023 | THE LAW OFFICES OF JEROME VARANINI |
| 2 | | */s/ Jerome M. Varanini* |
| 3 | | JEROME M. VARANINI |
| 4 | | Attorneys for Defendants WELLPATH INC.; WELLPATH MANAGEMENT, INC.; WELLPATH LLC; TRACY LEWIS, L.M.F.T.; PAM JOHANSEN, L.C.S.W.; and DANIEL DELLWO, P.A |

**ORDER**

Pursuant to the stipulation of the parties, it is so ordered. Defendant Wellpath, Inc., is hereby DISMISSED without prejudice, each side to bear their own costs and fees necessitated by the claim. Not later than ten (10) days following the date this Order is electronically filed, Plaintiffs are directed to file their First Amended Complaint.

Dated: August 11, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE