JEROME M. VARANINI, ESQ. (SBN 58531)
THE LAW OFFICES OF JEROME M. VARANINI
641 FULTON AVENUE, Suite 200
SACRAMENTO, CA (95825)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 993-4868

Attorney For Defendants
WELLPATH MANAGEMENT, INC.,WELLPATH, LLC.,
TRACY LEWIS, L.M.F.T., PAM JOHANSEN, L.C.S.W., and
DANIEL DELLWO, P.A.

MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 SEVENTEENTH STREET
OAKLAND, CA 94612
TELEPHONE:  (510) 452-5500

Attorneys For Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADENA, Deceased, by and through his Co-Successor in Interest, CIRCE ADENA and<br>RICHARD ADENA; CIRCE ADENA, Individually, and RICHARD ADENA, Individually,<br><br>                              Plaintiffs,<br>    vs.<br>SHASTA COUNTY, a public entity, SHASTA COUNTY SHERIFF-CORONER TOM BOSENK0, in his individual capacity; et al,<br><br>                              Defendants. | CASE NO. 2:21-cv-00770-MCE-DMC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR WELLPATH DEFENDANTS TO FILE THEIR RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>Date: 09/01/2023 |

-1-

STIPULATION AND ORDER TO EXTEND TIME FOR WELLPATH DEFENDANTS TO FILE THEIR RESPONSE TO PLAINTIFFS' COMPLAINT

Case 2:21-cv-00770-MCE-DMC   Document 42   Filed 09/06/23   Page 2 of 4

THE LAW OFFICES OF JEROME M. VARANINI
641 FULTON AVENUE, Suite 200
SACRAMENTO, CA (95825)
P.O. BOX 590
SACRAMENTO, CA 95812-0590

1   Plaintiffs JOHN ADENA, deceased, by and through his Co-Successors in Interest, CIRCE ADENA, individually, and RICHARD ADENA, individually, ("Plaintiffs") and Defendants WELLPATH MANAGEMENT, INC., WELLPATH, LLC., TRACY LEWIS, L.M.F.T., PAM JOHANSEN, L.C.S.W., AND DANIEL DELLWO, P.A. ("the Wellpath Defendants"), by and through their counsel of record, hereby represent to the Court and stipulate as follows:

1. On August 11, 2023, Plaintiffs filed their First Amended Complaint in the United States District Court, Eastern District of California, Sacramento Division. (Dkt. No. 38).

2. On September 1, 2023 counsel for Defendant California Forensic Medical Group executed a Waiver of the Service of Summons.

3. On September 1, 2023 plaintiffs' attorneys consented to a sixty (60) day extension of time for the Wellpath Defendants to file a response to Plaintiffs' August 11, 2023 First Amended Complaint, such that their responses would be due on the same date as California Forensic Medical Group's response to the First Amended Complaint.

4. The parties hereby stipulate and agree that the Wellpath Defendants' deadline to file a response to the First Amended Complaint shall be extended to October 31, 2023.

IT IS SO STIPULATED AND AGREED.


DATED:  September 1, 2023          HADDAD & SHERWIN, LLP

                                   By: */s/ Teresa Denise Allen*
                                       Teresa Denise Allen
                                       Julia Sherwin
                                       Michael J. Haddad
                                       Attorneys for Plaintiffs

DATED:  September 1, 2023          LAW OFFICE OF JEROME M. VARANINI

                                   By: */s/ Jerome M. Varanini*
                                       Jerome M. Varanini
                                       Attorneys for Defendants

-2-
STIPULATION AND ORDER TO EXTEND TIME FOR WELLPATH DEFENDANTS TO FILE THEIR RESPONSE TO PLAINTIFFS' COMPLAINT

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all counsel to show their signature on this document as /s/.

Dated:  September 1, 2023                                        */s/ Jerome M. Varanini*
                                                                                      Jerome M. Varanini

# ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED.

**IT IS HEREBY ORDERED** that defendants, Wellpath Management, Inc., Wellpath, LLC., Tracy Lewis, L.M.F.T., Pam Johansen, L.C.S.W., and Daniel Dellwo, P.A. shall file their response to Plaintiffs' First Amended Complaint by October 31, 2023.

IT IS SO ORDERED.

Dated: September 6, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE