1 | MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
2 | TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
3 | 505 Seventeenth Street
Oakland, CA 94612
4 | Telephone:    (510) 452-5500
Facsimile:    (510) 452-5510
5 |
6 | Attorneys for Plaintiffs

7 | **UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA**

9 | JOHN ADENA, Deceased, by and through his Co-    )
10 | Successors in Interest, CIRCE ADENA and    )
RICHARD ADENA; CIRCE ADENA, Individually,    )
11 | and RICHARD ADENA, Individually,    )
                                                   )
12 |                       Plaintiffs,    )
13 |          vs.    )
                                                   )
14 | SHASTA COUNTY, a public entity; SHASTA    )
COUNTY SHERIFF-CORONER TOM BOSENKO,    )
15 | in his individual capacity; CAPTAIN DAVE KENT;    )
SHASTA COUNTY JAIL DEPUTIES KIRK    )
16 | SCHRITTER, DEVIN HURTE, DEPUTY DIAZ,    )
EMMANUAL ALCAZAR, ZACHARY    )
17 | JURKIEWICZ, JOSEPH GRADY, NATHANIAL    )
NEVES, HECTOR CORTEZ; CALIFORNIA    )
18 | FORENSIC MEDICAL GROUP, INC., a California    )
Corporation; WELLPATH MANAGEMENT, INC., a )
19 | Delaware Corporation; WELLPATH LLC, a    )
Delaware Limited Liability Company; TRACY    )
20 | LEWIS, L.M.F.T.; PAM JOHANSEN, L.C.S.W.;    )
DANIEL DELLWO, P.A.; and DOES 1–20;    )
21 | individually, jointly and severally,    )
                                                   )
22 |                                                  )
23 |                                                  )
24 |                                                  )
25 |                                                  )
26 |                       Defendants.    )

Case No. 2:21-cv-00770-MCE-DMC

**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER (ECF No. 34)**

1    The parties hereby stipulate and agree to modify the Scheduling Order in this matter (ECF

2    No. 34), as follows:

3        1.    This is a complicated wrongful death civil rights case involving Shasta County jail

4    personnel and Wellpath correctional health care personnel.  The case involves seventeen named

5    Defendants represented by three separate law firms.  The parties are represented by experienced

6    counsel who have worked together before on several cases, and counsel have worked cooperatively

7    throughout the litigation they have handled together.

8        2.    By stipulation and order (doc. 37), Plaintiffs filed a First Amended Complaint

9    naming an additional medical corporation, California Forensic Medical Group, Inc. (CFMG).

10   Plaintiffs served that new defendant through their counsel, and the deadline for CFMG and the

11   remaining corporate and individual medical defendants to respond to the First Amended Complaint

12   is October 31, 2023.

13       3.    Unfortunately, it appears that a great deal of jail video is unavailable, requiring more

14   time-consuming work to discover details of events happening over four weeks at the jail.  Plaintiffs

15   and the County Defendants have engaged in extensive document discovery so far, and have deposed

16   Deputies Alcazar, Cortez, Edwards, Grady, Hurte, Jurkiewicz, Neves, Smith, Van Gerwen, as well

17   as Plaintiffs Richard Adena and Circe Adena.  The parties still need to depose three more

18   previously-noticed deputies who are no longer employed by the County, several 30 (b)(6) witnesses,

19   a number of inmate witnesses, and several medical defendants and representatives of corporate

20   medical defendants.  Discovery of the medical Defendants cannot begin until after CFMG responds

21   to the First Amended Complaint.  In addition, Plaintiffs will need to conduct corporate and financial

22   discovery from the medical corporate defendants, and based on experiences in other cases with

23   these parties, such discovery may entail discovery disputes and motion practice.

4.      Plaintiffs' counsel's law firm, Haddad & Sherwin LLP, is a small firm with three attorneys, two paralegals, and one support staff.  Plaintiffs' counsel will be in trial in *Gonzalez v. city of Alameda, et al.,* N.D. Cal. Case No. 4:21-cv-09733-DMR, a complex wrongful death case involving over twenty expert witnesses, beginning on November 6, 2023.  On February 6, 2024, Plaintiffs' counsel will try an ADA/wrongful death case, *Atayde v. Napa State Hospital*, E.D. Cal. Case No. 1:16-cv-00398-ADA-SAB.  Immediately after the *Atayde* trial, Plaintiffs' counsel and the County Defendants' counsel in this matter will be in trial in *Barbosa v. Shasta County, et al.*, E.D. Cal. 2:20-cv-02298-JAM-DMC, which involves the shooting of a man by a Shasta County Sheriff's Sergeant.  The *Barbosa* case is scheduled for trial on March 11, 2024.  Due to delays necessitated by Covid-19 shutdowns, Plaintiffs' counsel's trial schedule has become compressed so that they have several trials scheduled in 2023.  Plaintiffs' counsel also have 13 other wrongful death/catastrophic injury cases not already listed.

5.      In addition to the *Barbosa* case listed in Paragraph 4, counsel for the County Defendants currently have the following trials scheduled between the present and July, 2024: *Michaelidis v. City of Los Angeles, et al.*, U.S. Dist. Court – Central District Case No. 2:22-cv 05620-MCS-MAA, 10/31/23; *Woodward, et al. v. City of Los Angeles, et al.*, U.S. Dist. Court – Central District Case No. 2:22-cv-01306-GW-JEM, 10/03/23; *Acosta v. City of Redondo Beach, et al.*, U.S. Dist. Court – Central District Case No. 2:20-cv-06447 DDP (JPRx), 11/07/23; *Robinson v. City of Santa Monica, et al.*, Los Angeles Superior Court Case No. 21STCV22392, 01/22/24; *Motley v. City of Fresno, et al.*, U.S. Dist. Court – Eastern District Case No. 1:15-cv-00905-ADA-BAM, 01/23/24; *Clemons v. City of Santa Monica, et al.*, Los Angeles Superior Court Case No. 21STCV23577, 01/29/24; *Zaragoza/Cuevas v. County of Riverside, et al.*, U.S. Dist. Court – Central District Case No. 5:20-CV-01381-JGB-SP, 01/29/24; *Garcia v. City of Azusa, et al.*, U.S. Dist. Court – Central District Case No. CV 22-3457 MWF (JPRx), 02/06/24; *Sampson. v. City of*

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

*Fresno, et al.*, U.S. Dist. Court – Eastern District Case No. 1:20-CV-00322-ADA-SAB, 02/20/24;

*Wagner. v. Shasta County, et al.*, Shasta County Superior Court Case No. 194351, 03/05/24;

*Crawford v. Nevada County, et al.*, Nevada County Superior Court Case No. CU0000079, 03/19/24;

*Woodward v. City of Los Angeles, et al.*, U.S. Dist. Court – Central District Case No. 2:22-cv-01306-GW-JEM, 03/26/24; *Singletary v. City of Santa Monica, et al.*, U.S. Dist. Court – Central District Case No. 2:22-cv-01606-WLH-JEM, 04/02/24; *Rios v. City of Azusa*, U.S. Dist. Court – Central District Case No. CV 22-03968-SPG-RAO, 04/02/24; *Jones v. County of Shasta, et al.*, Shasta Superior Court Case No. 199596, 05/14/23; *Black Lives Matter v. City of Santa Monica, et al.*, U.S. Dist. Court – Central District Case No. 2:21-cv-05253-CAS-AFM, 06/04/24; *Arvizu v. City of Fresno, et al.*, U.S. Dist. Court – Eastern District Case No. 1:21-cv-00890-ADA-SKO, 06/11/24; *Pena v. City of Azusa*, U.S. Dist. Court – Central District Case No. 2:22-cv-07458-SB-MRW, 06/25/24; *EKB-Barber v. City of Azusa*, U.S. Dist. Court – Central District Case No. 2:23-CV-01067 SPG (JDEx), 07/09/24; *Norman. v. City of Beaumont, et al.*, U.S. Dist. Court – Central District Case No. 5:23-cv-00308-DSF-SP, 07/29/24; *A.J.P. v. County of San Bernardino, et al.*, U.S. Dist. Court – Central District Case No. 5:22-CV-01291 SSS (SHKx), 07/29/24. Lead trial counsel for Defendant Shasta County also has a scheduled vacation from April 28, 2024 to May 18, 2024.

6.      Counsel for the corporate medical defendants have the following trials scheduled between the present and July, 2024: December 4-8, 2023; January 29 – February 1, 2024; February 13, 2024; February 20, 2024; March 4-8, 2024; March 12, 2024; March 18-29, 2024; May 10-24, 2024; June 25-30, 2024.

7.      The parties therefore stipulate to an extension of the dates in this matter as follows:

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

| Event | Current Date | New Date |
|-------|-------------|----------|
| Close of Fact Discovery | November 22, 2023 | June 21, 2024 |
| Expert Disclosures due | January 12, 2024 | August 9, 2024 |
| Rebuttal Expert Disclosures | February 9, 2024 | September 20, 2024 |
| Dispositive Motion filing deadline | April 26, 2024 | November 29, 2024 |
| Joint Notice of Trial Readiness (if no dispositive motions) | March 1, 2024 | October 31, 2024 |

For the foregoing reasons, the parties respectfully request that this Court enter an Order modifying the schedule in this case as set forth above.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


Dated:  September 20, 2023                    HADDAD & SHERWIN LLP

                                              /s/ *Michael J. Haddad*
                                              ───────────────────────────────
                                              MICHAEL J. HADDAD
                                              Attorneys for Plaintiffs


Dated:  September 20, 2023                    MANNING & KASS
                                              ELLROD, RAMIREZ, TRESTER LLP


                                              */s/ Kayleigh A. Andersen*
                                              ───────────────────────────────

                                              MILDRED K. O'LINN
                                              KAYLEIGH A. ANDERSEN
                                              Attorneys for Defendants
                                              SHASTA COUNTY; SHERIFF-CORONER TOM
                                              BOSENKO; SHASTA COUNTY JAIL CAPTAIN
                                              DAVE KENT; DEPUTIES KIRK SCHRITTER,
                                              DEVIN HURTE, OMAR DIAZ, EMMANUEL
                                              ALCAZAR, ZACHARY JURKIEWICZ, JOSEPH
                                              GRADY, NATHANIAL NEVES, and HECTOR
                                              CORTEZ

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

Dated:  September 20, 2023                    THE LAW OFFICES OF JEROME VARANINI

                                              */s/ Jerome M. Varanini*
                                              _____
                                              JEROME M. VARANINI
                                              Attorneys for Defendants
                                              WELLPATH INC.; WELLPATH MANAGEMENT,
                                              INC.; WELLPATH LLC; TRACY LEWIS, L.M.F.T.;
                                              PAM JOHANSEN, L.C.S.W.; and DANIEL
                                              DELLWO, P.A

        IT IS SO ORDERED.

Dated:  September 22, 2023

                                              _____
                                              MORRISON C. ENGLAND, JR.
                                              SENIOR UNITED STATES DISTRICT JUDGE

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER