UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ADENA, Deceased, by and through his Co-Successors in Interest, Circe Adena and Richard Adena, et al., | Case No. 2:21-cv-00770-MCE-DMC |
| Plaintiffs, | **ORDER** |
| v. | |
| SHASTA COUNTY, et al., | |
| Defendants. | |

The Court has reviewed the Substitution of Attorney form submitted by Defendant Wellpath Inc., who has been terminated from this action. ECF No. 47. It is unclear whether this substitution is indeed intended to apply to Wellpath Inc. or meant to instead substitute counsel for Wellpath LLC, who is still a party in this case. Accordingly, the substitution is denied without prejudice to renewal subject to clarifying the above for the Court not later than ten (10) days after this order is electronically filed.

IT IS SO ORDERED.

Dated: October 25, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1