MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:    (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ADENA, Deceased, by and through his Co-Successors in Interest, CIRCE ADENA and RICHARD ADENA; CIRCE ADENA, Individually, and RICHARD ADENA, Individually,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual capacity; CAPTAIN DAVE KENT; SHASTA COUNTY JAIL DEPUTIES KIRK SCHRITTER, DEVIN HURTE, DEPUTY DIAZ, EMMANUAL ALCAZAR, ZACHARY JURKIEWICZ, JOSEPH GRADY, NATHANIAL NEVES, HECTOR CORTEZ; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California Corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; TRACY LEWIS, L.M.F.T.; PAM JOHANSEN, L.C.S.W.; DANIEL DELLWO, P.A.; and DOES 1–20; individually, jointly and severally,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00770-MCE-DMC<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER (Doc. 45)** |

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

All parties, by and through their counsel of record, stipulate and hereby move this Court to modify the Scheduling Order (Doc. 45). Good cause exists to grant the requested extension:

1. This is a complicated wrongful death civil rights case involving Shasta County jail deputies and Wellpath correctional health care personnel. The case involves seventeen named Defendants represented by two separate law firms. The parties are represented by experienced counsel who have worked together before on several cases, and counsel have worked cooperatively throughout the litigation they have handled together.

2. On August 11, 2023, Plaintiffs filed a First Amended Complaint naming an additional medical corporation, California Forensic Medical Group, Inc., as a defendant. On November 1, 2023, the Wellpath Defendants moved to dismiss Plaintiffs' First Amended Complaint. The motion was submitted on the papers and is currently pending.

3. The parties have engaged in extensive written discovery and have resolved several discovery disputes through meet and confer efforts. Multiple Shasta County Defendants and deputies as well as Plaintiffs Richard Adena and Circe Adena have been deposed. Plaintiffs have noticed the depositions of additional deputies, the medical defendants, several 30 (b)(6) witnesses, and percipient witnesses over the next 6 weeks. In addition, Plaintiffs are meeting and conferring concerning financial condition discovery from the Wellpath Defendants related to their punitive damages claims, and a motion to compel may be necessary to resolve that issue.

4. Plaintiffs' co-lead counsel, Michael J. Haddad, requires surgery and will be unable to work from May 13, 2024 through at least May 31, 2024. Plaintiffs' counsel, Mr. Haddad and Julia Sherwin are married, and Ms. Sherwin plans to provide home post-operative care for Mr. Haddad from May 13, 2024 through at least May 24, 2024.

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

5. In addition, Mr. Haddad's mother was very ill and Mr. Haddad and Ms. Sherwin had to fly to Detroit several times in recent months to be with her. She died on April 13, 2024, and Plaintiffs' counsel must go to Detroit for her funeral on April 25 and 26, 2024.

6. The parties have had difficulty scheduling several depositions of parties, witnesses, and Rule 30(b)(6) "PMK" designees and continue to meet and confer to find mutually available dates in June and July. Some of those PMK depositions concern Wellpath's financial information, and, again, the discoverability of that information may need to be addressed by the court before those depositions can take place.

7. The parties jointly request the deadlines be briefly continued to allow the parties additional time to complete the remaining anticipated discovery and depositions on dates that work for all counsel and the witnesses, to allow the experts time to complete their review of deposition transcripts before writing their reports, and to allow sufficient time for pretrial preparation.

8. The parties therefore stipulate to a brief continuance of the dates in this matter as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Fact Discovery | June 21, 2024 | August 23, 2024 |
| Expert Disclosures due | August 9, 2024 | October 11, 2024 |
| Rebuttal Expert Disclosures | September 20, 2024 | November 6, 2024 |
| Joint Notice of Trial Readiness (if no dispositive motions) | October 31, 2024 | December 20, 2024 |
| Dispositive Motion filing deadline | November 29, 2024 | January 24, 2025 |

For the foregoing reasons, the parties respectfully request that this Court enter an Order modifying the schedule in this case as set forth above.

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 29, 2024　　　　　　　　　HADDAD & SHERWIN LLP

　　　　　　　　　　　　　　　　　　　 */s/ Michael J. Haddad*
　　　　　　　　　　　　　　　　　　　MICHAEL J. HADDAD
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: April 29, 2024　　　　　　　　　MANNING & KASS
　　　　　　　　　　　　　　　　　　　ELLROD, RAMIREZ, TRESTER LLP

　　　　　　　　　　　　　　　　　　　 */s/ Lynn Carpenter*
　　　　　　　　　　　　　　　　　　　LYNN CARPENTER
　　　　　　　　　　　　　　　　　　　MILDRED K. O'LINN
　　　　　　　　　　　　　　　　　　　KAYLEIGH A. ANDERSEN
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　SHASTA COUNTY; SHERIFF-CORONER TOM BOSENKO; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; DEPUTIES KIRK SCHRITTER, DEVIN HURTE, OMAR DIAZ, EMMANUEL ALCAZAR, ZACHARY JURKIEWICZ, JOSEPH GRADY, NATHANIAL NEVES, and HECTOR CORTEZ

Dated:  April 29, 2024　　　　　　　　　GORDON REES SCULLY MANSUKHANI, LLP

　　　　　　　　　　　　　　　　　　　 */s/ Allison Becker*
　　　　　　　　　　　　　　　　　　　LINDSEY M. ROMANO
　　　　　　　　　　　　　　　　　　　ALLISON BECKER
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH MANAGEMENT, INC., WELLPATH LLC; TRACI LEWIS, L.M.F.T; PAM JOHANSEN, L.C.S.W.; DANIEL DELLWO, P.A.

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

**ORDER**

Based on the parties' stipulation, and with good cause appearing, IT IS HEREBY ORDERED that the Pretrial Scheduling Order (Doc. 45) is modified as follows:

| Event | New Date |
|---|---|
| Close of Fact Discovery | August 23, 2024 |
| Expert Disclosures due | October 11, 2024 |
| Rebuttal Expert Disclosures | November 20, 2024 |
| Joint Notice of Trial Readiness (if no dispositive motions) | December 20, 2024 |
| Dispositive Motion filing deadline | January 24, 2025 |

IT IS SO ORDERED.

Dated:  May 3, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE