MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:     (510) 452-5500
Facsimile:      (510) 452-5510

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ADENA, Deceased, by and through his Co-Successors in Interest, CIRCE ADENA and RICHARD ADENA; CIRCE ADENA, Individually, and RICHARD ADENA, Individually,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual capacity; CAPTAIN DAVE KENT; SHASTA COUNTY JAIL DEPUTIES KIRK SCHRITTER, DEVIN HURTE, DEPUTY DIAZ, EMMANUAL ALCAZAR, ZACHARY JURKIEWICZ, JOSEPH GRADY, NATHANIAL NEVES, HECTOR CORTEZ; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California Corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; TRACY LEWIS, L.M.F.T.; PAM JOHANSEN, L.C.S.W.; DANIEL DELLWO, P.A.; and DOES 1–20; individually, jointly and severally,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-00770-MCE-DMC<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER (Doc. 74)** |

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

All parties, by and through their counsel of record, stipulate and hereby move this Court to modify the Scheduling Order (Doc. 74). Good cause exists to grant the requested extension:

1. This is a complicated wrongful death civil rights case involving Shasta County jail deputies and Wellpath correctional health care personnel. The case involves seventeen named Defendants represented by two separate law firms. The parties are represented by experienced counsel who have worked together before on several cases, and counsel have worked cooperatively throughout the litigation they have handled together.

2. On August 11, 2023, Plaintiffs filed a First Amended Complaint naming an additional medical corporation, California Forensic Medical Group, Inc., as a defendant. On November 1, 2023, the Wellpath Defendants moved to dismiss Plaintiffs' First Amended Complaint. The motion was submitted on the papers and is currently pending.

3. The parties have engaged in extensive written and deposition discovery and have resolved several discovery disputes through meet and confer efforts. The parties anticipate that almost all discovery will be completed within the current deadlines. The exception is for documents and depositions concerning the Wellpath Defendants' financial condition related to Plaintiffs' punitive damages claims, concerning which Plaintiffs and corporate Wellpath Defendants are continuing extensive meet and confer efforts. Currently, Wellpath corporate Defendants and their counsel are reviewing Plaintiffs' demands to produce further unredacted financial records, pursuant to the protective order. If the parties are able to agree on potentially relevant and discoverable documents informally, then after receiving such documents, Plaintiffs will have them reviewed by their accounting expert, then Plaintiffs will depose previously noticed Rule (30)(b)(6) Person Most Knowledgeable (PMK) witnesses to be produced by Wellpath Defendants on mutually available dates. If, on the other hand, the parties are not able to agree on potentially relevant and discoverable financial documents, then Plaintiffs and Wellpath Defendants will need to finish

drafting a (hopefully more focused) joint discovery brief for resolution by the court on a full discovery motion. If the motion is granted, then Plaintiffs can proceed with expert examination of documents and depositions of Wellpath PMK witnesses. Plaintiffs and Wellpath Defendants estimate that an additional ninety days beyond current deadlines should be sufficient to complete all financial position discovery, including a discovery motion if necessary.

4. Furthermore, since the Wellpath financial position discovery necessitating the partial extension of discovery deadlines is only relevant to punitive damages, that financial information in dispute will not be necessary for dispositive motions or for disclosure of other liability and damages-related experts.

5. For these reasons, Plaintiffs and Wellpath Defendants jointly request to carve out approximately 90-day extensions of certain existing pre-trial deadlines to resolve the pending dispute regarding Wellpath financial records and related depositions and expert disclosures. County Defendants would not be affected by this continuance and do not object.

6. The parties therefore stipulate to a brief continuance of limited dates in this matter as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Fact Discovery (not including concerning Wellpath corporate Defendants' financial position) | August 23, 2024 | UNCHANGED |
| Close of Fact Discovery concerning Wellpath corporate Defendants' financial position | August 23, 2024 | November 29, 2024 |
| Expert Disclosures (not including concerning Wellpath corporate Defendants' financial position) | October 11, 2024 | UNCHANGED |

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO MODIFY SCHEDULING ORDER                2

| | | |
|---|---|---|
| Expert Disclosures concerning Wellpath corporate Defendants' financial position | October 11, 2024 | January 10, 2025 |
| Rebuttal Expert Disclosures (not including concerning Wellpath corporate Defendants' financial position) | November 6, 2024 | UNCHANGED |
| Rebuttal Expert Disclosures concerning Wellpath corporate Defendants' financial position | November 6, 2024 | February 7, 2025 |
| Joint Notice of Trial Readiness (if no dispositive motions) | December 20, 2024 | March 21, 2024 |
| Dispositive Motion filing deadline | January 24, 2025 | UNCHANGED |

For the foregoing reasons, the parties respectfully request that this Court enter an Order modifying the schedule in this case as set forth above.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 2, 2024          HADDAD & SHERWIN LLP

 */s/ Michael J. Haddad*

MICHAEL J. HADDAD
Attorneys for Plaintiffs

Dated: July 2, 2024          MANNING & KASS
                             ELLROD, RAMIREZ, TRESTER LLP

 */s/ Lynn Carpenter*

LYNN CARPENTER
MILDRED K. O'LINN
KAYLEIGH A. ANDERSEN
Attorneys for Defendants
SHASTA COUNTY; SHERIFF-CORONER TOM BOSENKO; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; DEPUTIES KIRK SCHRITTER,

|   |   |
|---|---|
|   | DEVIN HURTE, OMAR DIAZ, EMMANUEL ALCAZAR, ZACHARY JURKIEWICZ, JOSEPH GRADY, NATHANIAL NEVES, and HECTOR CORTEZ |
| Dated: July 2, 2024 | GORDON REES SCULLY MANSUKHANI, LLP<br><br>*/s/ Allison Becker*<br>―――――――――――――――<br>LINDSEY M. ROMANO<br>ALLISON BECKER<br>Attorneys for Defendants<br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH MANAGEMENT, INC., WELLPATH LLC; TRACI LEWIS, L.M.F.T; PAM JOHANSEN, L.C.S.W.; DANIEL DELLWO, P.A. |

# ORDER

Based on the parties' stipulation, and with good cause appearing, IT IS HEREBY ORDERED that the Pretrial Scheduling Order (Doc. 74) is modified as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Close of Fact Discovery (not including concerning Wellpath corporate Defendants' financial position) | August 23, 2024 | UNCHANGED |
| Close of Fact Discovery concerning Wellpath corporate Defendants' financial position | August 23, 2024 | November 29, 2024 |
| Expert Disclosures (not including concerning Wellpath corporate Defendants' financial position) | October 11, 2024 | UNCHANGED |
| Expert Disclosures concerning Wellpath corporate Defendants' financial position | October 11, 2024 | January 10, 2025 |
| Rebuttal Expert Disclosures (not including concerning Wellpath corporate Defendants' financial position) | November 6, 2024 | UNCHANGED |
| Rebuttal Expert Disclosures concerning Wellpath corporate Defendants' financial position | November 6, 2024 | February 7, 2025 |
| Joint Notice of Trial Readiness (if no dispositive motions) | December 20, 2024 | March 21, 2025 |
| Dispositive Motion filing deadline | January 24, 2025 | UNCHANGED |

IT IS SO ORDERED.

Dated: July 8, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE