MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ADENA, Deceased, by and through his Co-Successors in Interest, CIRCE ADENA and RICHARD ADENA; CIRCE ADENA, Individually, and RICHARD ADENA, Individually,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual capacity; CAPTAIN DAVE KENT; SHASTA COUNTY JAIL DEPUTIES KIRK SCHRITTER, DEVIN HURTE, DEPUTY DIAZ, EMMANUAL ALCAZAR, ZACHARY JURKIEWICZ, JOSEPH GRADY, NATHANIAL NEVES, HECTOR CORTEZ, and DOES 1–20; individually, jointly and severally,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-00770-MCE-DMC<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS AGAINST DEFENDANTS BOSENKO, KENT, SCHRITTER, HURTE, ALCAZAR, JURKIEWICZ, AND DIAZ** |

No. 2:21-cv-00770-MCE-DMC: STIP. AND ORDER TO DISMISS DEFENDANTS

The parties to this action, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of the following Defendants, with each side to bear their own costs and fees necessitated by the claims against these Defendants: Shasta County Sherriff-Corner Tom Bosenko, Jail Captain Dave Kent, and Jail Deputies Kirk Schritter, Devin Hurte, Emmanual Alcazar, Zachary Jurkiewicz, and Deputy Diaz.  All other pending claims against all other parties will proceed.

Dated:  August 6, 2024                            HADDAD & SHERWIN LLP

/s/ *Michael J. Haddad*

MICHAEL J. HADDAD
Attorneys for Plaintiffs

Dated:  August 6, 2024                            MANNING & KASS
                                                 ELLROD, RAMIREZ, TRESTER LLP

*/s/ Lynn Carpenter*

LYNN CARPENTER
MILDRED K. O'LINN
KAYLEIGH A. ANDERSEN
Attorneys for Defendants
SHASTA COUNTY; SHERIFF-CORONER TOM BOSENKO; JAIL CAPTAIN DAVE KENT; and JAIL DEPUTIES KIRK SCHRITTER, DEVIN HURTE, EMMANUAL ALCAZAR, DIAZ, ZACHARY JURKIEWICZ, JOSEPH GRADY, NATHANIEL NEVES, and HECTOR CORTEZ

IT IS SO ORDERED.

Dated:  August 9, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE