MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:     (510) 452-5500
Facsimile:     (510) 452-5510

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN ADENA, Deceased, by and through his Co-Successors in Interest, CIRCE ADENA and RICHARD ADENA; CIRCE ADENA, Individually, and RICHARD ADENA, Individually,

        Plaintiffs,

    vs.

SHASTA COUNTY, a public entity; SHASTA COUNTY JAIL DEPUTIES JOSEPH GRADY, NATHANIAL NEVES, HECTOR CORTEZ; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California Corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; TRACI LEWIS, L.M.F.T.; PAM JOHANSEN, L.C.S.W.; DANIEL DELLWO, P.A.; AMANDA REAM, R.N., and DOES 2–20; individually, jointly and severally,

        Defendants.

Case No. 2:21-cv-00770-MCE-DMC

**STIPULATION AND ORDER INCLUDING DEFENDANT AMANDA REAM AS A PARTY TO THE PROTECTIVE ORDER IN THIS MATTER**

Case No.: 2:21-cv-00770-MCE-DMC: STIP. AND (PROP.) ORDER RE: DEF. REAM AND PROT. ORDER

1  The parties, by and through their respective attorneys of record, hereby stipulate that
2  Defendant Amanda Ream shall be included in, and bound by, the Protective Order previously
3  approved by the Court in this matter and attached hereto as Exhibit A.  (See also, ECF No. 19).

5  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

7  Dated:  August 20, 2024                           HADDAD & SHERWIN LLP

8                                                   /s/ Julia Sherwin
9                                                   JULIA SHERWIN
                                                    Attorneys for Plaintiffs

11 Dated:  August 20, 2024                           MANNING & KASS, ELLROD, RAMIREZ,
                                                    TRESTER

13                                                  /s/ Lynn Carpenter
14                                                  LYNN CARPENTER
                                                    Attorneys for Defendants
15                                                  SHASTA COUNTY; SHASTA COUNTY JAIL
                                                    DEPUTIES JOSEPH GRADY, NATHANIAL
16                                                  NEVES, and HECTOR CORTEZ

17
   Dated:  August 20, 2024                           GORDON REES SCULLY MANSUKHANI, LLP
18
                                                    /s/ Allison Becker
19                                                  ALLISON BECKER
20                                                  Attorneys for Defendants
                                                    WELLPATH MANAGEMENT, INC.; WELLPATH
21                                                  LLC; TRACY LEWIS, L.M.F.T.; PAM JOHANSEN,
                                                    L.C.S.W.; and DANIEL DELLWO, P.A
22

23
   Dated:  August 20, 2024                           MEDICAL DEFENSE LAW GROUP
24
                                                    /s/ Paul Cardinale
25                                                  PAUL CARDINALE
26                                                  Attorneys for Defendant AMANDA REAM

27
28

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 26, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE