MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:    (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ADENA, Deceased, by and through his Co-Successors in Interest, CIRCE ADENA and RICHARD ADENA; CIRCE ADENA, Individually, and RICHARD ADENA, Individually,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY JAIL DEPUTIES JOSEPH GRADY, NATHANIAL NEVES, HECTOR CORTEZ; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California Corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; TRACY LEWIS, L.M.F.T.; PAM JOHANSEN, L.C.S.W.; DANIEL DELLWO, P.A.; AMANDA REAM, R.N. and DOES 1–20; individually, jointly and severally,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-00770-MCE-DMC<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER (ECF No. 78)** |

All parties, by and through their counsel of record, stipulate and hereby move this Court to modify the Scheduling Order (Doc. 78).  Good cause exists to grant the requested extension:

1. This is a complicated wrongful death civil rights case involving Shasta County jail deputies and Wellpath correctional health care personnel.  The case now involves twelve named Defendants represented by three separate law firms.  The parties are represented by experienced counsel, some of whom have worked together before on several cases, and counsel have worked cooperatively throughout the litigation they have handled together.

2. On July 24, 2024, this Court granted the Wellpath Defendants' motion to dismiss the First Amended Complaint, giving Plaintiffs twenty days in which to file an amended complaint. (ECF No. 79).  Plaintiffs filed their Second Amended Complaint on August 8, 2024.  (ECF No. 81). Plaintiffs added Amanda Ream, R.N., as a Defendant, and pursuant to stipulation, removed several County employees from the Second Amended Complaint.  (ECF Nos. 80, 81, 83).

3. Amanda Ream's deposition was scheduled for August 20, 2024.  She was served with a deposition subpoena on August 6, 2024.

4. Plaintiffs served Amanda Ream with the Summons and Second Amended Complaint on August 13, 2024.  (ECF No. 84).  Ms. Ream's answer is due on September 3, 2024.  (*Id*). Attorney Paul A. Cardinale contacted Plaintiffs' counsel on August 13, 2024, informing them that he would be representing Ms. Ream for her deposition but was not available on the date of her noticed deposition, and he requested a continuance of the deposition.  Plaintiffs' counsel agreed to continue the deposition and informed Mr. Cardinale that Ms. Ream was also served with the Summons and Second Amended Complaint, that same day (August 13, 2024), and emailed a courtesy copy of the Second Amended Complaint to Mr. Cardinale.  Mr. Cardinale was subsequently retained to represent Ms. Ream in this matter as her defense counsel, and has appeared as Ms. Ream's defense counsel on August 19, 2024.  (ECF No. 85).

5. Mr. Cardinale requests an extension of the dates in this matter, to give him time to review the file and familiarize himself with the case. The parties have also agreed to postpone the deposition of Deirdre Amaro, M.D., the forensic pathologist who did Shasta County's autopsy on John Adena, which was scheduled for August 21, 2024, as Mr. Cardinale is not available that day.

6. The Wellpath Defendants and Ms. Ream anticipate filing a motion to dismiss the Second Amended Complaint. Due to calendar conflicts and prescheduled travel for Plaintiffs' counsel, the parties agree to a modified briefing schedule, with motions to dismiss being filed October 15, 2024, oppositions being filed November 15, 2024, and replies being filed December 2, 2024. The parties are cognizant of the Court's Standing Order, which provides that motions are submitted on the papers and the Court will inform the parties if it requires a hearing.

7. To allow Mr. Cardinale time to review the file and prepare his defense of Ms. Ream, the parties also stipulate to an approximately five-month continuance of the dates unrelated to the motions to dismiss in this matter, as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Filing of Motions to Dismiss | September 3, 2024 for Ms. Ream and October 15, 2024, for the Wellpath Defendants | October 15, 2024 |
| Filing of Oppositions to Motions to Dismiss | N/A (not yet filed) | November 15, 2024 |
| Filing of Replies re: Motions to Dismiss | N/A (not yet filed) | December 2, 2024 |
| Close of Fact Discovery (not including concerning Wellpath corporate Defendants' financial position) | August 23, 2024 | January 17, 2025 |
| Close of Fact Discovery concerning Wellpath corporate Defendants' financial position | November 29, 2024 | April 25, 2025 |
| Expert Disclosures (not including concerning Wellpath | October 11, 2024 | March 14, 2025 |

| | | |
|---|---|---|
| corporate Defendants' financial position) | | |
| Expert Disclosures concerning Wellpath corporate Defendants' financial position | January 10, 2025 | June 13, 2025 |
| Rebuttal Expert Disclosures (not including concerning Wellpath corporate Defendants' financial position) | November 6, 2024 | April 4, 2025 |
| Rebuttal Expert Disclosures concerning Wellpath corporate Defendants' financial position | February 7, 2025 | July 11, 2025 |
| Joint Notice of Trial Readiness (if no dispositive motions) | March 21, 2025 | August 15, 2025 |
| Dispositive Motion filing deadline | January 24, 2025 | June 20, 2025 |

For the foregoing reasons, the parties respectfully request that this Court enter an Order modifying the schedule in this case as set forth above.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 20, 2024     HADDAD & SHERWIN LLP

*/s/ Julia Sherwin*

JULIA SHERWIN
Attorneys for Plaintiffs

Dated: August 20, 2024     MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

*/s/ Lynn Carpenter*

LYNN CARPENTER
MILDRED K. O'LINN
KAYLEIGH A. ANDERSEN

Attorneys for Defendants
SHASTA COUNTY; DEPUTIES JOSEPH GRADY, NATHANIAL NEVES, and HECTOR CORTEZ

Dated:  August 20, 2024                    GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Allison Becker*

LINDSEY M. ROMANO
ALLISON BECKER
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH MANAGEMENT, INC., WELLPATH LLC; TRACI LEWIS, L.M.F.T; PAM JOHANSEN, L.C.S.W.; DANIEL DELLWO, P.A.

Dated:  August 20, 2024                    MEDICAL DEFENSE LAW GROUP

*/s/ Paul A. Cardinale*

PAUL A. CARDINALE
Attorneys for Defendant AMANDA REAM

# ORDER

Based on the parties' stipulation, and with good cause appearing,

IT IS HEREBY ORDERED that the Pretrial Scheduling Order (Doc. 78) is modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Filing of Motions to Dismiss | September 3, 2024 for Ms. Ream and October 15, 2024, for the Wellpath Defendants | October 15, 2024 |
| Filing of Oppositions to Motions to Dismiss | N/A (not yet filed) | November 15, 2024 |
| Filing of Replies re: Motions to Dismiss | N/A (not yet filed) | December 2, 2024 |
| Close of Fact Discovery (not including concerning Wellpath corporate Defendants' financial position) | August 23, 2024 | January 17, 2025 |
| Close of Fact Discovery concerning Wellpath corporate Defendants' financial position | November 29, 2024 | April 25, 2025 |
| Expert Disclosures (not including concerning Wellpath corporate Defendants' financial position) | October 11, 2024 | March 14, 2025 |
| Expert Disclosures concerning Wellpath corporate Defendants' financial position | January 10, 2025 | June 13, 2025 |
| Rebuttal Expert Disclosures (not including concerning Wellpath corporate Defendants' financial position) | November 6, 2024 | April 4, 2025 |
| Rebuttal Expert Disclosures concerning Wellpath corporate Defendants' financial position | February 7, 2025 | July 11, 2025 |

| Joint Notice of Trial Readiness (if no dispositive motions) | March 21, 2025 | August 15, 2025 |
| --- | --- | --- |
| Dispositive Motion filing deadline | January 24, 2025 | June 20, 2025 |

IT IS SO ORDERED.

Dated: August 26, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE