AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

JOHN ADENA, et al.,
*Plaintiff*
v.
SHASTA COUNTY, et al.,
*Defendant*

Case No. 2:21-cv-00770-MCE-DMC

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
CALIFORNIA FORENSIC MEDICAL GROUP, INC.; TRACI LEWIS, L.M.F.T.; PAM JOHANSEN, L.C.S.W.; and DANIEL DELLWO, P.A. .

Date: 03/30/2026

/s/ Kendra N. Stark
*Attorney's signature*

Kendra N. Stark. 363663
*Printed name and bar number*

GORDON REES SCULLY MANSUKHANI
315 Pacific Avenue
San Francisco, CA 94111
*Address*

kstark@grsm.com
*E-mail address*

(984) 242-1787
*Telephone number*

(415) 986-8054
*FAX number*