MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ADENA, Deceased, by and through his Co-Successors in Interest, CIRCE ADENA and RICHARD ADENA; CIRCE ADENA, Individually, and RICHARD ADENA, Individually,<br><br>Plaintiffs,<br>vs.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY JAIL DEPUTIES JOSEPH GRADY, NATHANIAL NEVES, HECTOR CORTEZ; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California Corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; TRACI LEWIS, L.M.F.T.; PAM JOHANSEN, L.C.S.W.; DANIEL DELLWO, P.A.; AMANDA REAM, R.N., and DOES 2–20; individually, jointly and severally,<br><br>Defendants. | **No. 2:21-cv-00770-DC-DMC**<br><br>**DECLARATION OF VANESSA HILL, CPA** |

STATE OF CALIFORNIA )

COUNTY OF ALAMEDA )

I, Vanessa Hill, declare as follows:

1. I am a Certified Public Accountant and partner of Evidentia Consulting, LLP, a Forensic Accounting and Consulting firm. A true and correct copy of my Curriculum Vitae is attached hereto as **Exhibit A.**

2. I have been retained to address California Forensic Medical Group, Inc.'s ("CFMG") financial condition in connection with Plaintiffs' claims for punitive damages.

3. I have reviewed confidential 2024 federal and California tax returns of CFMG, a Management Services Agreement ("MSA") between CFMG and Wellpath, LLC, CFMG's discovery responses including interrogatory answers in this case, and a subpoena for documents served on Wellpath, LLC on February 4, 2026.[1]

4. It is impossible to determine CFMG's wealth, financial condition, financial position and ability to pay a punitive damages judgment with the incomplete documents they have produced.

5. In its interrogatory responses, CFMG states that "CFMG is a VIE [Variable Interest Entity] and is reported on the consolidated financial statements of Wellpath, LLC." (CFMG Supplemental Interrogatory Answer No. 1, dated October 9, 2025)

6. I have expertise and experience in determining companies' wealth, financial condition, financial position and ability to pay. I have been retained by Plaintiffs and Defendants to provide analysis of financial statements in connection with confidential mediations in employment-related disputes. In addition, I have testified in interest arbitrations over collective bargaining agreements relating to employer assertions of inability to pay wage increases. I have participated as

---

[1] I note that Wellpath, LLC became a party to the MSA via an assignment that was effective January 1, 2019.

a panel member in presentations for the California Employment Lawyers Association regarding evaluating claims of financial distress by Defendants as well as regarding obtaining discovery for the purpose of evaluating claims of financial distress.

7. I have experience relating to Variable Interest Entities and Management Services Agreements between closely related business entities. My experience includes evaluating related party expenses, assessing capital adequacy, and analyzing funding of operations through capital infusions from a parent or other related entities.

8. A Variable Interest Entity ("VIE") is a legal entity that has insufficient equity to independently fund its operations or where control is maintained through contractual agreements instead of by voting rights. Specifically, a legal entity is a VIE if any of the following conditions are met: (a) The equity investment at risk is not sufficient to finance the activities of the entity without additional subordinated financial support provided by any parties; (b) As a group, the holders of the equity investment at risk lack any of the following characteristics of a controlling financial interest: (1) The power to direct the activities that most significantly impact the entity's financial performance; (2) The obligation to absorb expected losses; (3) The right to receive expected residual returns. (See ASC 810-10-05-8)[2,3]

9. An entity with a controlling financial interest in a VIE will have (a) The power to direct the activities of a VIE that most significantly impact the VIE's economic performance; and (b) The obligation to absorb losses of the VIE that could potentially be significant to the VIE or the

---

[2] The Financial Accounting Standards Board ("FASB") establishes financial accounting and reporting standards for public and private companies and not-for-profit organizations that follow Generally Accepted Accounting Standards ("GAAP"). The FASB Accounting Standards Codification ("ASC") is the authoritative source of U.S. GAAP and is organized by Topic, Subtopic, Section, and Paragraph. References herein are presented in ASC citation format *(e.g., ASC XXX-XX-XX),* which corresponds to this structure.

[3] The topic of ASC 810 is Consolidation.

right to receive benefits from the VIE that could potentially be significant to the VIE. (See ASC 810-10-05-8A)

10. An entity that has a controlling financial interest in a VIE must consolidate the VIE in its financial statements. The reporting entity that consolidates a VIE is called the primary beneficiary of that VIE and can also be referred to as its parent. (See ASC 810-10-25-38 and 810-20)

11. Due to its VIE status, CFMG apparently does not even have its own financial statements, but rather "is reported on the consolidated financial statements of Wellpath, LLC." (CFMG Supplemental Interrogatory Answer No. 1 dated October 9, 2025). By definition as a VIE, CFMG is not independent and relies on other organization(s) for continued funding/existence. Wellpath LLC, as the parent of VIE CFMG, by definition therefore has a controlling financial interest in CFMG.

12. CFMG is also a party to a Management Services Agreement ("MSA") with Wellpath, LLC, whereby CFMG pays Wellpath, LLC substantial amounts of money each year (according to CFMG's 2024 tax return, over $63 million in 2024) for Wellpath, LLC to provide "management services."

13. Additionally, the Management Services Agreement between CFMG and Wellpath, LLC provides, in part:

> **4.4 Deficit Funding Loan Agreement.** If the Company [CFMG] does not have sufficient cash to pay for its liabilities or financial obligations that are permitted to be incurred by the Company (including any portion of the Management Fee or reimbursable expenses owed to the Management Company hereunder), by that certain Deficit Funding Loan Agreement of even date herewith ("Deficit Funding Loan Agreement"), then the Management Company [Wellpath, LLC] may, in its sole discretion, make "Advances" (as defined in the Deficit Funding Loan Agreement) to the Company upon request for the purpose of enabling the Company to pay such liabilities and meet such financial obligations. Such Advances will bear interest as set forth in the Deficit Funding Loan Agreement. The

> Company will repay such Advances in accordance with the terms of the Deficit Funding Loan Agreement.

14. Thus, it appears that under the MSA, Wellpath, LLC may, at its discretion, loan CFMG money "to pay for its liabilities or financial obligations." According to CFMG's 2024 tax return, it reported owing more than $104 million in intercompany payables.[4]

15. In order to determine CFMG's wealth, financial condition, financial position and ability to pay a punitive damages judgment, I would need to review the following:

a. **CFMG's VIE agreement(s) and/or VIE organizing document(s).** CFMG's status as a VIE is based on its formation documents, such as articles of incorporation, bylaws, other establishing documents, or contractual agreements between the parties involved with the VIE. As such, these documents will show the particulars of the relationship between CFMG, Wellpath, LLC, and any other related entities. Without all documents relevant to CFMG's status as a VIE, the respective rights and obligations of the parties, including Wellpath, LLC's obligation to absorb the losses of CFMG or right to receive benefits from CFMG, cannot be fully evaluated.

b. **The Deficit Funding Loan Agreement referenced in the MSA.** This agreement appears to define the terms of any loan Wellpath, LLC may choose to provide to CFMG to pay for CFMG's "liabilities or financial obligations." A company's ability to secure loans is important to determine the company's

---

[4] I note that CFMG's 2024 tax return identified CCS-CMGC INT HOLDINGS 2, INC. as its parent. I understand that Wellpath, LLC emerged from bankruptcy on or about June 4, 2025, and would now be CFMG's parent based on its statement that "CFMG is a VIE and is reported on the consolidated financial statements of Wellpath, LLC."

wealth, financial condition, financial position and ability to pay a punitive damages judgment.

c. **Any other MSA's that CFMG may have with companies other than Wellpath, LLC.** Other MSA's could provide additional sources of loans of funds for CFMG to pay a punitive damages judgment. As mentioned in paragraph 15a, given that a VIE's status is governed by its organizational and contractual agreements, the complete documentation of the VIE is required in order to fully evaluate the respective rights and obligations of the parties, including Wellpath, LLC's obligation to absorb the losses of CFMG or right to receive benefits from CFMG.

d. **All loan agreements between CFMG and Wellpath, LLC from 2019 to the present.** The previous loan history between the VIE and its parent or controlling company reflects on the ability of CFMG to secure future loans from Wellpath, LLC, and Wellpath LLC's incentive to loan money to CFMG. I note that on its 2024 tax return, CFMG reported owing over $104 million in intercompany payables.

e. **Professional Services Agreements between Wellpath, LLC and CFMG.** Professional Services Agreements entered into by the physician practice entities and physician owned corporations (that include CFMG) to provide professional services at the contracted facilities were specifically mentioned in the disclosure of VIEs consolidated into the audited financial statements of CCS-CMGC Intermediate Holdings, Inc. and Subsidiaries in 2023.[5]

---

[5] In 2023, the audited consolidated financial statements of CCS-CMGC Intermediate Holdings, Inc.

f. **Contracts and/or agreements between CFMG and Wellpath, LLC under which CFMG paid Wellpath, LLC more than $5 million ($5,000,000) in 2024 and/or 2025.** Such contracts and agreements would further demonstrate the level of Wellpath, LLC's financial interconnection with CFMG. They may indicate facts relevant to understanding the respective rights and obligations of the parties, including Wellpath, LLC's obligation to absorb the losses of CFMG or right to receive benefits from CFMG, as well as Wellpath, LLC's incentive to choose to loan CFMG capital to pay for CFMG's "liabilities or financial obligations," as provided in the MSA.

g. **Wellpath, LLC's audited financial statements, with Notes to the financial statements, including audit opinions, annual reports, balance sheets, statements of shareholder/owners' equity, statements of cash flows, statements of operations or profit and loss, and all supplementary information such as combining schedules for consolidated reports, and all consolidating statements regarding CFMG, from 2024 to present.** CFMG states that it has no financial statements of its own, and that its financial information is included in Wellpath, LLC's financial statements. As a VIE,

---

and Subsidiaries, reported that it determined that its physician practice entities and physician owned corporations, collectively referred to as "PCs," were variable interest entities and that it was the primary beneficiary:

> The Company has determined that the PCs are variable interest entities ("VIEs"), and the Company is the primary beneficiary under the power and benefits criterion model of Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 810, *Consolidations*. Specifically, for accounting purposes, the Company has the power to direct the activities that most significantly affect the PCs' economic performance, and the obligation to absorb losses or right to receive benefits that are potentially significant to the VIEs, under [Management Services Agreements] and [Professional Services Agreements].

CFMG's wealth, financial condition, financial position and ability to pay a punitive damages judgment cannot be determined from any review of CFMG's records; that can only be determined from a review of the financial position of its parent company, Wellpath, LLC. It is also important to review Wellpath, LLC's complete, unredacted audited financial statements, with all Notes, including and all consolidating statements regarding CFMG in order to evaluate Wellpath, LLCs obligation to absorb the losses of CFMG or right to receive benefits from CFMG, as well as to assess the extent to which Wellpath, LLC *could* loan or give capital to CFMG to pay CFMG's "liabilities or financial obligations."[6,7]

h. **Wellpath, LLC's complete California and federal tax returns from 2024 to present.** Wellpath LLC's tax returns would provide better evidence regarding CFMG's true wealth, financial condition, financial position and ability to pay a punitive damages judgment as a VIE than CFMG's tax returns. Wellpath, LLC's tax returns may contain information reflecting the extent to which Wellpath, LLC *could* loan or give capital to CFMG to pay CFMG's "liabilities or financial obligations," should Wellpath, LLC exercise its discretion to do so under the MSA.[8]

---

[6] Audited financial statements means an independent Certified Public Accounting ("CPA") firm has performed procedures to support its opinion that the financial statements and disclosures comply with generally accepted accounting principles and are free from material misstatements.

[7] The audited consolidated financial statements would be prepared subsequent to the end of the fiscal year. I note that the 2023 audit opinion for the 2023 consolidated financial statements was dated April 8, 2024. As such, the 2024 audited consolidated financial statements should already be available and the 2025 audited consolidated financial statements may be available soon. Other documents requested above are regularly maintained in the ordinary course of business and would likely be provided to its auditors.

[8] While tax returns contain relevant and useful data and information, the best reflection of CFMG's

i. **Any other documentation that CFMG or Wellpath, LLC contend reflects CFMG's wealth, financial condition, financial position and ability to pay a punitive damages judgment.** I would consider any other relevant documents that these companies believe may be necessary to assess CFMG's wealth, financial condition, financial position and ability to pay a punitive damages judgment.

16. The facts stated herein are based on my own personal knowledge and if called to testify to same, I am competent to do so.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this Declaration was executed on 27 March, 2026, in El Cerrito, California.



Vanessa Hill, CPA

---

wealth, financial condition, financial position and ability to pay a punitive damages judgment would be the reflected in the audited consolidated financial statements of its parent, Wellpath, LLC.

# EXHIBIT A

1900 Powell Street, Suite 700
Emeryville, CA 94608
510-280-3847
vanessa@evidentiaconsulting.com

evidentia consulting LLP
*forensic accounting & consulting*

# Vanessa J. Hill, CPA/CFF/ABV, MBA

## Employment & Education

| | |
|---|---|
| 2013 – Present | **Evidentia Consulting, LLP**<br>*Forensic Accounting and Consulting*<br>Partner |
| 2012 – 2013 | **Evidentia Consulting**<br>*Forensic Accounting and Consulting*<br>Owner |
| 2012 | **Hemming Morse, LLP**<br>*Certified Public Accountants and Forensic Consultants*<br>Partner |
| 1997 – 2011 | **Hemming Morse, Inc.**<br>*Certified Public Accountants Litigation and Forensic Consultants*<br>Director, 2005-2011<br>Manager, 2000-2004<br>Associate, 1997-1999 |
| 1995 – 1997 | **Bank of America, N.A.**<br>Financial Consultant, Financial Management Reporting and Analysis |
| 1993 – 1995 | **Neilson, Elggren, Durkin & Co.**<br>Staff Accountant |
| 2007 | **University of San Francisco**<br>Master of Business Administration with Emphasis in Finance<br>Beta Gamma Sigma Honor Society |
| 1992 | **Pepperdine University, Malibu, California**<br>B.S. Accounting |

## Professional & Service Affiliations

- **Certified Public Accountant, State of California, 1997**
- **Accredited in Business Valuation, 2007**
- **Certified in Financial Forensics, 2008**
- **Certified Valuation Analyst, 2005 (elected non-renewal in 2014)**
- **Associate Member, Association of Certified Fraud Examiners, 2012**
- **American Institute of Certified Public Accountants**
  Member, Virtual Grassroots Panel, 2003-2007
- **National Association of Forensic Economics**
  Member, 2020-present
- **Equal Rights Advocates**
  Member, Finance Committee, 2017-2019

1900 Powell Street, Suite 700
Emeryville, CA 94608
510-280-3847
vanessa@evidentiaconsulting.com



- **Bar Association of San Francisco**
  Non-voting Member of Finance Committee, 2010-2016
- **Adjunct Professor, Golden Gate University**
  Introduction to Financial Forensic Accounting, 2009-2011
  Forensic Valuation, Spring 2010, Spring 2011, Spring 2012
  Economic Damages, Fall 2010
- **California Society of Certified Public Accountants**
  State Council, 2001-2004
  Leadership & Nominations Committee, 2009-2011
  Member, By-Laws Committee, 2014 - 2022
  State Economic Damages Section, 2001-present
  State Business Valuation Section, 2002-present
- **CalCPA Education Foundation**
  Leadership & Nominations Committee, 2002-2004
  Member, Board of Trustees, 2011-2015
  Business Valuation Conference Planning Committee, 2008
  Women's Leadership Forum Planning Committee, 2012, 2014, 2016-2018
  Chair, Women's Leadership Forum Planning Committee, 2014 (for 2015 Conference)
- **CalCPA San Francisco Chapter, Board of Directors 1999-2005**
  Board Secretary, 2000-2001
  Second Vice President, 2001-2002
  First Vice President, 2002-2003
  President, 2003-2004
  Co-Chair, Financial Literacy Committee, 2005-2006
  Nominations Committee, 2009, 2013
- **El Cerrito Financial Advisory Board**
  Member, 2007-2010
- **NorCal High School Cycling League**
  Treasurer, 2011-2016
- **Harding Elementary School Parent Teacher Association**
  Treasurer, 2016-2018
- **El Cerrito Street Repair and Maintenance Oversight Committee**
  Member 2018-2026, Vice Chair 2018-2020, 2022-2023, 2024 to 2026, Chair 2020-2022, 2023-2024
- **West Contra Costa Unified School District, Citizens Bond Oversight Committee**
  Member 2018-2020, and Member of Audit Subcommittee 2018-2020
- **Toastmasters International, BAWOM Club**
  Member 2021-2022, Treasurer 2021-2022

1900 Powell Street, Suite 700
Emeryville, CA 94608
510-280-3847
vanessa@evidentiaconsulting.com

Vanessa J. Hill, CPA/CFF/ABV, MBA

## Publications

- ***"Fighting Back"***
  California CPA, published by the California Society of Certified Public Accountants, March/April 2005 (Re-printed in KALA, the official publication of the Hawaii Society of Certified Public Accountants (HSCPA)

## Presentations & Seminars

- ***"Discovery of Financial Information: How to Get It, Read It, & Use It"*** (Panel Member)
  California Employment Lawyers Association 34th Annual (Virtual) Employment Law Conference, November 2021

- ***"Distress Call: How to Evaluate Claims of Financial Distress by Defendants in Wage-and-Hour Cases"*** (Panel Member)
  California Employment Lawyers Association Advanced Wage & Hour Committee, June 2021

- ***"The Best Use of Your Forensic Accounting Expert"***
  San Mateo County Bar Association, Business/Business Litigation Section, November 2013

- ***"Forensic Accounting 101"***
  AICPA National Forensic Accounting Conference, 2011

- ***"Professional Responsibility"***
  ***"Economic Damages"***
  ***"Business Valuation"***
  AICPA Financial Forensic Accounting Series, 2010

- ***"Forensic Accounting for Attorneys"***
  Legal Assistance for Seniors Conference, 2006

- ***"Introduction to Business Valuation for Litigation Practitioners"***
  CalCPA CPE Extravaganza, 2006

- ***"Life as President of CalCPA's SF Chapter"***
  CalCPA Marin Discussion Group, 2003

- ***"Litigation Consulting Services"***
  Golden Gate University Accounting Club, 2002

- ***"Understanding the Power of Discounting in Damages Calculations"***
  Barristers Club Commercial & Business Law Section, 2002

- ***"The Role of the Outside Accountant"***
  Practicing Law Institute, 1999

- ***Hastings College of the Law, College of Advocacy***
  Participated in Business Litigation Institute Seminar as expert witness, 1997-99

1900 Powell Street, Suite 700
Emeryville, CA 94608
510-280-3847
vanessa@evidentiaconsulting.com



## Testimony

### *Trial*

- **Gill v Lui, Gong (2026)**
  Superior Court, County of Santa Clara, California,
  Case No. 22-CV-397491
- **Quach v Carash (2025)**
  Superior Court, County of Santa Clara, California,
  Case No. 21-CV-389732
- **China Live Ventures Limited, L.P. v 644 Broadway, LLC (2025)**
  Superior Court, County of San Francisco, California,
  Case No. CGC-21-590574
- **Sorich v PABCO (2025)**
  Superior Court, County of Alameda, California,
  Case No. 23CV039030
- **Betchart v French (2025)**
  Superior Court, County of Alameda, California,
  Case No. 21CV003964
- **Kellar v Central Investments, et al (2024)**
  Superior Court, County of Santa Clara, California,
  Case No. 19-CV-360733
- **Rice v. Gulfstream Aerospace Corporation (2024)**
  Superior Court, County of Los Angeles, California,
  Case No. 21LBCV00176
- **Kowitz v. Kowitz (2023)**
  Superior Court, County of Santa Clara, California,
  Case No. 20-CV-367561
- **In re: Jacqueline Lopez-Flores, Debtor. Phu Vuong and Mosaic Real Estate Investments, LLC v Jacqueline Lopez-Flores and Saul Roberto Flores (2023)**
  United States Bankruptcy Court, Northern District of California, San Jose Division
  Case No. 18-52014-SLJ
- **Alhemiari v. Best Yellow Cab, LLC (2023)**
  Superior Court, County of Alameda, California,
  Case No. RG19041904
- **Gloeckler v. Paradise Park Masonic Club (2023)**
  Superior Court, County of Santa Cruz, California,
  Case No. 21CV01787
- **Melin, et al v. Farmers Group Inc., et al (2023)**
  Superior Court, County of Alameda, California,
  Case No. RG19001677

1900 Powell Street, Suite 700
Emeryville, CA 94608
510-280-3847
vanessa@evidentiaconsulting.com



- **Steiger v. Alameda Health Systems (2023)**
  Superior Court, County of Alameda, California,
  Case No. RG19038883
- **Bornstein v. Bornstein (2018, 2019, 2022)**
  Superior Court, Alameda County, California,
  Case No. RG16830541
- **Jacobs v. City and County of San Francisco (2022)**
  Superior Court, County and City of San Francisco, California,
  Case No. CGC-20-586245
- **Gomez v. Evergreen School District (2022)**
  United States District Court, Northern District of California,
  Case No. 3:20-cv-03008
- **Leuders v. California Department of Alcoholic Beverage Control, et al (2021)**
  Superior Court, County of Sacramento, California,
  Case No. 34-2017-00219393
- **Wasserbauer v. Theradome, Inc (2021)**
  Superior Court, Alameda County, California,
  Case No. RG19035893
- **Carmel Development Company v. Monterra Ranch Properties, LLC et al (2021)**
  Superior Court, County of Monterey, California,
  Case No. M91899
- **B Street Apartment Group, LP v. Beneba Thomas DBA Golden Tea Garden (2020)**
  Superior Court, Alameda County, California,
  Case No. RG18920435
- **Medawar et al v. Mameesh, et al (2018)**
  Superior Court, San Mateo County, California,
  Case No. 16CIV02941
- **A-1 Septic Tank Services, Inc. v. A-1 Ready Mix, Inc., et al (2018)**
  Superior Court, Alameda County, California
  Case No. HG16833246
- **Yashchuk v. City Dental (2018)**
  Superior Court, Alameda County, California,
  Case No. RG16825152
- **Khorge v. Khorge (2017)**
  Superior Court, San Mateo County, California,
  Case No. CIV 520651
- **Cornet v. Brar (2017)**
  Superior Court, Santa Clara County, California,
  Case No. 113CV241439

1900 Powell Street, Suite 700
Emeryville, CA 94608
510-280-3847
vanessa@evidentiaconsulting.com



- **Dal Porto v. Dal Porto (2016)**
  Superior Court, Sonoma County, California,
  Case No. 2665978
- **Michelle Johnson v. Foster Dairy Farms, Inc. et al (2015)**
  Superior Court, Stanislaus County, California,
  Case No. 2003269
- **J.R. Marketing, LLC, et al v. Hartford Casualty Insurance Company, et al (2012)**
  Superior Court, San Francisco County, California,
  Case No. CGC 06449220
- **United States v. Sterling Centrecorp (2012)**
  United States District Court, Eastern District of California,
  Case No. 2:08-cv-02556-MCE-JFM
- **POM Wonderful LLC v. Ocean Spray (2011)**
  United States District Court, Central District of California,
  Case No. CV-09-00565 DDP (RZx)
- **Stephen Lindman v. E. & J. Gallo Winery (2011)**
  Superior Court, Stanislaus County, California,
  Case No. 619908
- **POM Wonderful LLC v. Tropicana Products, Inc. (2010)**
  United States District Court, Central District of California,
  Case No. CV-09-00566 DSF (CTx)

***Deposition***

- **McCullough v City and County of San Francisco (2026)**
  United States District Court, Northern District of California,
  Case No. 24-cv-03260 JCS
- **Yoshida, et al v 479 Los Palmos, LLC, et al (2026)**
  Superior Court, County of San Francisco, California,
  Case No. CGC-23-608302
- **Oatridge v Future Motion, Inc. (2025)**
  United States District Court, Northern District of California, San Jose Division,
  Case No. 5:21-cv-09906-BLF
- **Emygdius Holdings, LLC, et al v Kings Mountain Road, LLC (2025)**
  Superior Court, County of San Mateo, California,
  Case No. 23-CIV-02210
- **Simoncini v Luci, et al (2025)**
  JAMS Arbitration,
  JAMS Ref No. 510000194

1900 Powell Street, Suite 700
Emeryville, CA 94608
510-280-3847
vanessa@evidentiaconsulting.com



- **Nag v Applied Materials, Inc. (2025)**
  JAMS Arbitration,
  JAMS Ref No. 5110000327
- **Quach v Carash (2025)**
  Superior Court, County of Santa Clara, California,
  Case No. 21-CV-389732
- **Gill v Lui, Gong (2025)**
  Superior Court, County of Santa Clara, California,
  Case No. 22-CV-397491
- **Ross v County of Santa Clara (2025)**
  Superior Court, County of Santa Clara, California,
  Case No. 20-CV-362389
- **Mehta v City of Sunnyvale (2025)**
  United States District Court, Northern District of California,
  Case No. 5:23-cv-03193-NW
- **De Petra v GTE (2025)**
  Superior Court, County of Contra Costa, California,
  Case No. C20-00616
- **Corrigan v Tatum (2025)**
  Superior Court, County of Santa Clara, California,
  Case No. 22-CV-399370
- **Betchart v French (2024)**
  Superior Court, County of Alameda, California,
  Case No. 21CV003964
- **Frohm v City and County of San Francisco (2024)**
  United States District Court, Northern District of California, Oakland Division,
  Case No. 4-22-cv-06002-JST
- **EV Moceo Holdings, LLC et al v Ghielmetti (2024)**
  Superior Court, County of Santa Cruz, California,
  Case No. 23-CV01569
- **Plough v Hong (2024)**
  ADR Services, Inc. California,
  Case No. 23-2326-BBE
- **Papapietro v Papapietro (2024)**
  Superior Court, County of Sonoma, California,
  Case No. SCV-264271
- **Kellar v Central Investments, et al (2024)**
  Superior Court, County of Santa Clara, California,
  Case No. 19-CV-360733

1900 Powell Street, Suite 700
Emeryville, CA 94608
510-280-3847
vanessa@evidentiaconsulting.com



- **Oliver v City of Oakland (2024)**
  Superior Court, County of Alameda, California,
  Case No. RG19007799
- **Samson Tug & Barge Co., Inc. v. International Longshore and Warehouse Union, Alaska Longshore Division et al (2024)**
  United States District Court, District of Alaska,
  Case No. 3:20-cv-00108-TMB-MMS and 3:20-cv-00248-TMB-MMS, Consolidated
- **Rice v. Gulfstream Aerospace Corporation (2024)**
  Superior Court, County of Los Angeles, California,
  Case No. 21LBCV00176
- **Narad v. Shalvarjian (2023)**
  Superior Court, County of Santa Clara, California,
  Case No. 23CV409498
- **Kowitz v. Kowitz (2023)**
  Superior Court, County of Santa Clara, California,
  Case No. 20-CV-367561
- **Nevitt v. The Regents of the University of California (2023)**
  United States District Court, Eastern District of California, Sacramento Division
  Case No. 220-CV-02311-NCE-CKD
- **Gloeckler v. Paradise Park Masonic Club (2023)**
  Superior Court, County of Santa Cruz, California,
  Case No. 21CV01787
- **Alhemiari v. Best Yellow Cab, LLC (2023)**
  Superior Court, County of Alameda, California,
  Case No. RG19041904
- **Melin, et al v. Farmers Group Inc., et al (2023)**
  Superior Court, County of Alameda, California,
  Case No. RG19001677
- **Goldstein v. Jacques, et al (2022)**
  Superior Court, County of San Mateo, California,
  Case No. 18CIV02468
- **Amidhozour v. Amidi, et al (2022)**
  Superior Court, County of San Mateo, California,
  Case No. 21-CIV-02888
- **David Konecny v. County of San Joaquin, et al (2022)**
  Superior Court, County of San Joaquin, California,
  Case No. STK-CV-UOE-2020-0010613
- **Sysco Riverside, Inc. v. International Brotherhood of Teamsters, Local No. 683 (2022)**
  United States District Court, Central District of California,
  Case No. ED19CV01352-DDP (KKx)

1900 Powell Street, Suite 700
Emeryville, CA 94608
510-280-3847
vanessa@evidentiaconsulting.com



- **Steiger v. Alameda Health Systems (2022)**
  Superior Court, County of Alameda, California,
  Case No. RG19038883
- **Eaves v. The Permanente Medical Group, Inc. (2022)**
  Superior Court, County of Alameda, California,
  Case No. RG19034506
- **Tammy Traverso v. Pacific Maritime Association, et al (2022)**
  Superior Court, County of San Francisco, California,
  Case No. CGC-18-570611
- **Lewis v. Kaiser Foundation Hospital, et al (2021)**
  Superior Court, County of Contra Costa, California,
  Case No. CIVMSC12-01861
- **Radner v. Health Plan of San Joaquin (2021)**
  Superior Court, County of San Joaquin, California,
  Case No. STK-CV-UWT-2020-180
- **MarTek, Inc. v. Complete Probe Solutions, Inc. (2021)**
  JAMS Arbitration
  Case No. 1110025111
- **Siegal v. James, et al (2021)**
  Superior Court, County of Alameda
  Case No. RG17853079
- **Stovall v. Align Technology, Inc. (2021)**
  United States District Court, Northern District of California, San Jose Division
  Case No. 18-CV-07540-EJD
- **Moving Solutions, Inc. v. Managed Facilities Solutions, LLC, et al (2021)**
  Superior Court, County of Orange, California
  Case No. 30-2017-00935525-CU-BC-CJC
- **Carmel Development Company v. Monterra Ranch Properties, LLC et al (2021)**
  Superior Court, County of Monterey, California
  Case No. M91899
- **Azze v. Wong (2021)**
  Superior Court, Contra Costa County, California
  Case No. C18-02148
- **McHugh v. Oracle (2021)**
  JAMS Alternative Dispute Resolution
  Case No. 1100103095
- **Patel v. Patel (2020)**
  Superior Court of California, County of San Francisco
  Case No. CGC-18-569690

1900 Powell Street, Suite 700
Emeryville, CA 94608
510-280-3847
vanessa@evidentiaconsulting.com



- **Clopton v. CPUC (2020)**
  Superior Court of California, County of San Francisco
  Case No. CGC-17-563082
- **Keenan v. Raley's d/b/a Nob Hill Foods (2020)**
  Superior Court of California, County of Santa Clara
  Case No. 18-cv-329388
- **Berbena v. Luna Owners' Association Common Interest Management Services, Inc. (2020)**
  Superior Court of California, County of Santa Clara
  Case No. 116-CV-304653
- **Thompson v. Parnow (2019)**
  Superior Court of California, County of Marin
  Case No. CIV 1703487
- **In re: Cava Family Trust, et al (2019)**
  Superior Court of California, County of Monterey
  Case No. 17PR000041
- **Gantt v. City of Oakland (2019)**
  Superior Court of California, County of Oakland
  Case No. RG17850153
- **Leuders v. California Department of Alcoholic Beverage Control, et al (2019)**
  Superior Court of California, County of Sacramento
  Case No. 34-2017-00219393
- **Marin v. Walgreen, Co. (2019)**
  United States District Court, Northern District of California
  Case No. 3:18-CV-03753-EDL
- **Vitucci v. Hurtado (2019)**
  Superior Court of California, County of Fresno
  Case No. 17 CECG00335
- **Gevergiz v. Nazloo (2019)**
  Superior Court of California, County of Santa Clara
  Case No. 17 CV 306258
- **Clark v. Villaroman (2019)**
  Superior Court of California, County of San Francisco, California
  Case No. CGC-16-555661
- **Richter, et al v. CC-Palo Alto, Inc. (2019)**
  United States District Court, Northern District of California, San Jose Division
  Case No. 5:14-cv-00750-EJD
- **Cozzitorto, et al v. American Automobile Association of Northern California, Nevada & Utah (2018)**
  Superior Court of California, County of Contra Costa, California
  Case No. C13-02656

1900 Powell Street, Suite 700
Emeryville, CA 94608
510-280-3847
vanessa@evidentiaconsulting.com



- **A-1 Septic Tank Services, Inc. v. A-1 Ready Mix, Inc., et al (2018)**
  Superior Court of California, County of Alameda, California
  Case No. HG16833246
- **In re Mason-Tarlton Co., LLC (Debtor), 21X Properties, LP v. John C. Tarlton, Stephen D. Mason (2018)**
  United States Bankruptcy Court, Northern District of California,
  Case No. 16-30690 DM / Adv. Pro. No. 16-3146 DM
- **Braga v. Chen (2018)**
  Superior Court, Santa Clara County, California,
  Case No. 16CV301557
- **Burnley v. Nguyen (2018)**
  Superior Court, Santa Clara County, California,
  Case No. 16CV298589
- **Medawar et al v. Mameesh, et al (2018)**
  Superior Court, San Mateo County, California,
  Case No. 16CIV02941
- **Seto et al v. 350 WSJ, LLC et al (2018)**
  JAMS San Jose Resolution Center, California,
  Reference Nos. 1110019133, 1110019041, 1110019090
- **San Francisco Herb and Natural Food Co. v. Lloyds Syndicate 444 (2017)**
  United States District Court, Northern District of California,
  Case No. 4:16-cv-05985-SBA
- **Nguyen v. Hoang (2016)**
  Superior Court, Santa Clara County, California,
  Case No. 115CV282559
- **Cornet v. Brar (2016)**
  Superior Court, Santa Clara County, California,
  Case No. 113CV241439
- **Ashbury General Contracting and Engineering et al v. Chris Culpo et al (2016)**
  JAMS San Francisco Resolution Center, California
  Case No. 1110018550
- **Enteros, Inc. v. Sigura (2015)**
  Superior Court, Santa Clara County, California,
  Case No. 1-11-CV210674
- **Fraige v. Kessler (2014)**
  Superior Court, San Francisco County, California,
  Case No. CGC-13-530485
- **Sharhan v. Harbi (2014)**
  Superior Court, Contra Costa County, California,
  Case No. C12-00328

1900 Powell Street, Suite 700
Emeryville, CA 94608
510-280-3847
vanessa@evidentiaconsulting.com



- **Khorge v. Khorge (2014)**
  Superior Court, San Mateo County, California,
  Case No. CIV 520651
- **Pawen Dhokal v. California Medical College, LLC (2013)**
  Superior Court, San Diego County, California,
  Case No. 37-2011-00091694-CU-BT-CTL
- **Terminalift, LLC v. International Longshore and Warehouse Union Local 29 (2013)**
  United States District Court, Southern District of California,
  Case No. 11-cv-1999W WVG
- **Kwan v. Freid and Goldsman, APLC (2012)**
  Superior Court, Los Angeles County, California,
  Case No. BC468839
- **J.R. Marketing, LLC, et al v. Hartford Casualty Insurance Company, et al (2011)**
  Superior Court, San Francisco County, California,
  Case No. CGC 06449220
- **POM Wonderful LLC v. Ocean Spray (2011)**
  United States District Court, Central District of California,
  Case No. CV-09-00565 DDP (RZx)
- **United States v. Sterling Centrecorp (2011)**
  United States District Court, Eastern District of California,
  Case No. 2:08-cv-02556-MCE-JFM
- **POM Wonderful LLC v. Tropicana Products, Inc. (2010)**
  United States District Court, Central District of California,
  Case No. CV-09-00566 DSF (CTx)
- **POM Wonderful LLC v. Welch's Foods, Inc. (2010)**
  United States District Court, Central District of California,
  Case No. CV-09-00567 AHM (AGRx)
- **R. Thomas Grotz, M.D. v. UnumProvident Corporation, et al (2010)**
  Superior Court, San Francisco County, California,
  Case No. CGC-09-485552
- **Lyle Hughes v. UnumProvident Corporation, et al (2010)**
  Superior Court, San Francisco County, California,
  Case No. CGC-07-464729
- **Stephen Lindman v. E. & J. Gallo Winery (2009)**
  Superior Court, Stanislaus County, California,
  Case No. 619908
- **Salvatore Petrucci v. UnumProvident Corporation, et al (2009)**
  Superior Court, Los Angeles County, California,
  Case No. BC390514

1900 Powell Street, Suite 700
Emeryville, CA 94608
510-280-3847
vanessa@evidentiaconsulting.com



- **Doreen Gaul, Laura Gaul, and Gregory Gaul v. Loeb & Loeb, LLP (2007)**
  JAMS San Francisco Resolution Center, California
  Case No. 111001927
- **City and County of San Francisco v. Charles William Mosser, et al. (2004)**
  Superior Court, San Francisco County, California,
  Case No. CGC 02-414860
- **Jessica Siegel v. Berkshire Life Insurance Company (1998)**
  Superior Court, San Francisco County, California,
  Case No. 988617

***Arbitration***

- **In the Matter of an Arbitration Between UNITE HERE Local 11, Union, and Hardage Hospitality, LLC, Employer. (2025)**
  Before Impartial Arbitrator Fredric Horowitz
  Interest Arbitration
- **In the Matter of an Arbitration Between UNITE HERE Local 11, Union, and Crews of California, Employer. (2025)**
  Before Impartial Arbitrator John Kagel
  Interest Arbitration
- **In Re: Arbitration Proceedings Pursuant to the Collective Bargaining Agreement Between the Parties International Longshore and Warehouse Union, Unit 222, Union, and Employers Signatory to the All Alaska Longshore Agreement, Employer. (2024)**
  Before Coast Arbitrator John Kagel
  Re: Appeal of AK-2018-08, item no. 5
- **Fayad v. Amin, et al (2022)**
  American Arbitration Association
  Case No. 01-21-0000-0265
- **MarTek, Inc. v. Complete Probe Solutions, Inc. (2021)**
  JAMS Arbitration
  Case No. 1110025111
- **San Leandro Wellness Solutions, Inc. v. KSJ Development, LLC, et al (2021)**
  American Arbitration Association
  Case No. 01-20-0014-5680
- **McHugh v. Oracle (2021)**
  JAMS Alternative Dispute Resolution
  Case No. 1100103095
- **Jue v. Jue (2021)**
  *Written testimony only*
  JAMS Alternative Dispute Resolution
  Case No. RG-14-743165

- **Michael Hildebrandt v. Citigroup, Inc. (2018)**
  American Arbitration Association, California
  Case No. 01-16-0002-5746
- **Cloud Cruiser, Inc. v. Cisco Systems, Inc. (2017)**
  JAMS San Francisco Resolution Center, California
  Case No. 11100085560
- **Ashbury General Contracting and Engineering et al v. Chris Culpo et al (2016)**
  JAMS San Francisco Resolution Center, California
  Case No. 1110018550
- **Doreen Gaul, Laura Gaul, and Gregory Gaul v. Loeb & Loeb, LLP (2007)**
  JAMS San Francisco Resolution Center, California
  Case No. 111001927