# Exhibit A

CIVIL

# U.S. District Court
# Eastern District of California - Live System (Sacramento)
# CIVIL DOCKET FOR CASE #: 2:22-cv-00187-DAD-JDP

Deppe et al v. Shasta County et al
Assigned to: District Judge Dale A. Drozd
Referred to: Magistrate Judge Jeremy D. Peterson
Cause: 42:1983 Civil Rights Act

Date Filed: 01/28/2022
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2026 | 192 | MINUTES (Text Only) for MOTION HEARING via video conference before Magistrate Judge Jeremy D. Peterson re: 187 Motion for Discovery. All parties present and appearing via video conference. The court discussed the pending motion with the parties. Arguments heard. After consideration and for the reasons as stated on the record, the court DENIED the motion. Plaintiffs Counsel Michael Haddad present. Defendants Counsel Allison Becker, Joseph Attwell and Cole Smith-Crowley present. Court Reporter/CD Number: ECRO. (Deputy Clerk NAC) (Entered: 06/11/2026) |

---


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/25/2026 14:43:54 | | | |
| **PACER Login:** | Ajbeckernc1982 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:22-cv-00187-DAD-JDP Starting with document: 192 Ending with document: 192 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |